| | |
|---|---|
| **CAROL ANN MOSES #164193**<br>Attorney at Law<br>575 East Alluvial, Ste. 105<br>Fresno, California 93720<br>Telephone: (559) 449-9069<br>Facsimile: (559) 513-8530<br><br>Attorney for Defendant, Ryan Christopher Jackson | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN CHRISTOPHER JACKSON,<br><br>　　　　　　Defendant. | CASE NO. 6:13-cr-00003-MJS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE TO JANUARY 2, 2014; ORDER THEREON** |

　　　　**IT IS HEREBY STIPULATED** by and between the partied hereto, and through their respective attorneys of record herein, that the Status Conference in the above captioned matter set for November 14, 2013, **be continued to January 2, 2014, at 10:00 A.M.** Defense counsel requests additional time to coordinate a client meeting to review the government's plea offer with the client. The defendant lives in Auburn, California, and requires a sign language interpreter.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated: November 7, 2013      /S/ Carol Ann Moses
                              CAROL ANN MOSES
                              Attorney for Defendant,
                              RYAN CHRISTOPHER JACKSON

                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: November 7, 2013      /s/ Ian Whitney
                              IAN WHITNEY
                              Special Assistant United States Attorney

[PROPOSED] ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

IT IS SO ORDERED.

Dated: **November 8, 2013**

UNITED STATES MAGISTRATE JUDGE